**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Rakesh Kumar Bains** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Baljit Kaur Bains** |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number | 24-20884 |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest in**

1.  Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
■ Yes. Where is the property?

1.1

**Debtors' Residence**
**9219 Lamprey Drive**
Street address, if available, or other description

**Elk Grove     CA     95624-0000**
City         State      ZIP Code

**Sacramento**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $750,000.00 | $750,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

■ Check if this is community property (see instructions)

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................=>

$750,000.00

**Part 2:    Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

| Debtor 1 | Rakesh Kumar Bains | | Case number *(if known)* | 24-20884 |
| Debtor 2 | Baljit Kaur Bains | | | |

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

---

**3.1** Make: **Tesla**
Model: **Y**
Year: **2022**
Approximate mileage: **21000**
Other information:

**Who has an interest in the property?** Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$35,500.00**
Current value of the portion you own? **$35,500.00**

---

**3.2** Make: **GMC**
Model: **Sierra Pickup**
Year: **2022**
Approximate mileage: **43000**
Other information:

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$37,000.00**
Current value of the portion you own? **$37,000.00**

---

**3.3** Make: **Audi**
Model: **Q7**
Year: **2022**
Approximate mileage: **28000**
Other information:

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$30,000.00**
Current value of the portion you own? **$30,000.00**

---

**3.4** Make: **Kenworth**
Model: **T680**
Year: **2021**
Approximate mileage:
Other information: Vin ...9749

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$50,000.00**
Current value of the portion you own? **$50,000.00**

---

**3.5** Make: **International**
Model: **Tractor**
Year: **2023**
Approximate mileage:
Other information: Vin ... 5280

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$50,000.00**
Current value of the portion you own? **$50,000.00**

---

Debtor 1  **Rakesh Kumar Bains**
Debtor 2  **Baljit Kaur Bains**       Case number *(if known)* **24-20884**

| | | | |
|---|---|---|---|
| 3.6 | Make: **freightliner** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |

**3.6**

Make: **freightliner**
Model:
Year: **2021**
Approximate mileage:
Other information:

Vin ... D9925

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? — **$50,000.00**
Current value of the portion you own? — **$50,000.00**

---

**3.7**

Make: **Freightliner**
Model:
Year: **2022**
Approximate mileage:
Other information:

Vin ... C2110

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? — **$50,000.00**
Current value of the portion you own? — **$50,000.00**

---

**3.8**

Make: **Kenworth**
Model: **VIN 2444**
Year: **2022**
Approximate mileage:
Other information:

repossessed prior to filing

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? — **$0.00**
Current value of the portion you own? — **$0.00**

---

**3.9**

Make: **Freightliner**
Model:
Year: **2022**
Approximate mileage:
Other information:

Serial # ... MV2755

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? — **$60,000.00**
Current value of the portion you own? — **$60,000.00**

---

**3.10**

Make: **Freightliner**
Model: **M2 106**
Year: **2017**
Approximate mileage:
Other information:

Vin .. V9472
and 2019 Great Dane Dry van trailer

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? — **$60,000.00**
Current value of the portion you own? — **$60,000.00**

Debtor 1    **Rakesh Kumar Bains**
Debtor 2    **Baljit Kaur Bains**                                        Case number *(if known)*  **24-20884**

| 3.1 | | | | |
|---|---|---|---|---|
| 1 | | | | |

Make:   **Great Dane**

Model:  **Dry van trailer**

Year:   **2019**

Approximate mileage:

Other information:

**Vin ... 36562**

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

$0.00                                     $0.00

---

**3.1 2**

Make:   **Great Dane**

Model:  **Trailer**

Year:   **2018**

Approximate mileage:

Other information:

**Vin ... 10550**

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

$5,000.00                                 $5,000.00

---

**3.1 3**

Make:   **WANC**

Model:

Year:   **2016**

Approximate mileage:

Other information:

**Serieal # .. 13342**

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

$20,000.00                                $20,000.00

---

**3.1 4**

Make:   **Great Dane**

Model:  **Trailer**

Year:   **2023**

Approximate mileage:

Other information:

**Vin ... 14486**

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

$21,000.00                                $21,000.00

---

**3.1 5**

Make:   **Freightliner**

Model:

Year:   **2017**

Approximate mileage:

Other information:

**Vin 9442**

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

$5,000.00                                 $5,000.00

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

| Debtor 1 | **Rakesh Kumar Bains** | Case number *(if known)* | 24-20884 |
| Debtor 2 | **Baljit Kaur Bains** | | |

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................=>

| | $473,500.00 |

**Part 3:  Describe Your Personal and  Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

   | See attached list | $3,200.00 |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

   | See attached list | $1,350.00 |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes.  Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes.  Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes.  Describe.....

    | 1 Gloc | $500.00 |

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

    | Clothing | $170.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes.  Describe.....

    | Jewelry | $500.00 |

| Debtor 1 | **Rakesh Kumar Bains** | | Case number *(if known)* | **24-20884** |
| Debtor 2 | **Baljit Kaur Bains** | | | |

**13. Non-farm animals**
 *Examples:* Dogs, cats, birds, horses
 ☐ No
 ■ Yes. Describe.....

| 1 dog | $50.00 |

**14. Any other personal and household items you did not already list, including any health aids you did not list**
 ■ No
 ☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ..........................................................................

| $5,770.00 |

---

**Part 4:   Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
 *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
 ☐ No
 ■ Yes.................................................................................................................

Cash on hand          $0.00

**17. Deposits of money**
 *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
 ☐ No
 ■ Yes......................

Institution name:

| | | | |
|---|---|---|---|
| 17.1. | checking | **Cash in bank**<br>**Wells Fargo ... 3340 checking**<br>**Safe Credit Union ... 9393 Checking**<br>**Banner  Bank ... 0529**<br>**US Bank ... 7457** | $0.00 |
| 17.2. | stock account | Robinhood account with value of $1,046 | $1,046.00 |

**18. Bonds, mutual funds, or publicly traded stocks**
 *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
 ■ No
 ☐ Yes.................          Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
 ☐ No
 ■ Yes. Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| Redwing Carrier, Inc - no longer operating - debts exceed assets - vehicles are co-signed and are listed as assets in this case | 100 | % | $1.00 |

---

Debtor 1    **Rakesh Kumar Bains**
Debtor 2    **Baljit Kaur Bains**                Case number *(if known)*    **24-20884**

| | | | |
|---|---|---|---|
| **India Gate Inc** | **100%** | % | **$0.00** |
| **Bains Marinated Meat Shop** | **100** | % | **$1.00** |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                 Issuer name:

**21. Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.
                 Type of account:            Institution name:

                                       **401K through employer**
                                       **Not property of the bankruptcy estate per**
                                       **Patterson v Shumate.**                **$0.00**

**22. Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................                Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............          Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............          Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property** (other than anything listed in line 1), and rights or powers exercisable for your benefit
    ■ No
    ☐ Yes. Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

**Money or property owed to you?**
                                                       **Current value of the portion you own?**
                                                        Do not deduct secured claims or exemptions.

| Debtor 1 | **Rakesh Kumar Bains** | Case number *(if known)* | **24-20884** |
|----------|------------------------|--------------------------|--------------|
| Debtor 2 | **Baljit Kaur Bains**  |                          |              |

**28. Tax refunds owed to you**

☑ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information..

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

☑ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---------------|--------------|----------------------------|
| **Term life insurance through employer - no cash value** | | **$0.00** |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim.........

**35. Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information..

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................

| | $1,048.00 |
|---|---|

**Part 5:   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes.  Go to line 38.

Debtor 1   **Rakesh Kumar Bains**
Debtor 2   **Baljit Kaur Bains**                    Case number *(if known)*  **24-20884**

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

   ■ No. Go to Part 7.
   ☐ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest In That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ☐ No
   ■ Yes. Give specific information.........

   | Debtor has submitted a claim with Progressive Insurace for two stolen vehicles - 2019 Great Dane and 2018 Great Dane - Debtor expects amount of insurance proceeds will only cover debts against vehicles | $0.00 |
   |---|---|

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................   | $0.00 |

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55. Part 1: Total real estate, line 2 ........................................................................................................   **$750,000.00**

56. Part 2: Total vehicles, line 5   **$473,500.00**
57. Part 3: Total personal and household items, line 15   **$5,770.00**
58. Part 4: Total financial assets, line 36   **$1,048.00**
59. Part 5: Total business-related property, line 45   **$0.00**
60. Part 6: Total farm- and fishing-related property, line 52   **$0.00**
61. Part 7: Total other property not listed, line 54   +   **$0.00**

62. Total personal property. Add lines 56 through 61...   **$480,318.00**      Copy personal property total   **$480,318.00**

63. Total of all property on Schedule A/B. Add line 55 + line 62   | **$1,230,318.00** |

# PART 4. HOUSEHOLD GOODS LIST ATTACHMENT TO PETITION SCHEDULE B

Please list all the items that you have in and around your home AND the total value of items. (Use the amount you would get if you sold the item at a garage sale, pawn shop, or through the newspaper). Give name of creditor/lienholder who has a security interest (Item could be repossessed for nonpayment of balance owed). If you are unsure, list lienholder's name.

## 6. HOUSEHOLD GOODS AND FURNISHINGS

| Item | Qty | Total Value | Lienholder | Item | Qty | Total Value | Lienholder |
|---|---|---|---|---|---|---|---|
| Cribs | (0) | $ | | Sofas | (0) | $ | |
| Twin | (0) | $ | | Love seats | (0) | $ | |
| Double | (0) | $ | | Armchairs | (0) | $ | |
| Queen | (3) | $ 500 | | Rockers | (0) | $ | |
| King | (3) | $ 600 | | Recliners | (0) | $ | |
| Other | (0) | $ | | Other chairs | (0) | $ | |
| Dressers | (1) | $ 50.00 | | Coffee tables | (0) | $ | |
| Night stand | (0) | $ | | Corner tables | (2) | $ 50 | |
| Lamps | (0) | $ | | End tables | (2) | $ 50 | |
| Bedding | (2) | $ 50 | | Other tables | (0) | $ | |
| Towels, linens, etc. | (0) | $ | | Lamps | (0) | $ | |
| Tables | (0) | $ | | Desks | (0) | $ | |
| Chairs | (0) | $ | | Chairs | (0) | $ | |
| Bar stools | (0) | $ | | Tables | (0) | $ | |
| Stove | (1) | $ 100 | | Books | (10) | $ 600 | |
| Dishwasher | (1) | $ 50 | | Filing cabinet | (0) | $ | |
| Refrigerator | (1) | $ 500 | | Card table/chairs | (0) | $ | |
| Microwave | (1) | $ 60 | | Bookcases | (0) | $ | |
| Freezer | (0) | $ | | Tables/benches | (1) | $ 100 | |
| Sm. Appliances | (0) | $ | | Chairs | (4) | $ | |
| Tableware | (0) | $ | | Spa/whirlpool | (0) | $ | |
| Pots & pans | (5) | $ 10 | | Lawnmower | (0) | $ | |
| Food | (0) | $ . | | Hand tools | (0) | $ | |
| Washer | (1) | $ 500 | | Garden tools | (0) | $ | |
| Dryer | (1) | $ 500 | | Power tools | (0) | $ | |
| Fire pit | (0) | $ | | Vacuum | (0) | $ | |
| | ( ) | $ | | | ( ) | $ | |
| | ( ) | $ | | | ( ) | $ | |
| | ( ) | $ | | | ( ) | $ | |

## 7. ELECTRONICS

| Item | Qty | Total Value | Lienholder | Item | Qty | Total Value | Lienholder |
|---|---|---|---|---|---|---|---|
| TV | (1) | $ 1000 | | Entertainment center | (0) | $ | |
| Computer | (1) | $ 200 | | | | | |
| Monitor | (0) | $ | | Media Player | (0) | $ | |
| Tablet | (0) | $ | | Camera | (0) | $ | |
| Printer/Scanner | (0) | $ | | VCR, DVR | (0) | $ | |
| Cellphone | (2) | $ 150 | | Drones | (0) | $ | |
| Telephone | (0) | $ | | | ( ) | $ | |
| Fax machine | (0) | $ | | | ( ) | $ | |
| Gaming Equip. | (0) | $ | | | ( ) | $ | |
| Stereo receiver | (0) | $ | | | ( ) | $ | |
| Speakers | | | | | | | |

Wolff & Wolff 7/3/18

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Rakesh Kumar Bains** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Baljit Kaur Bains** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | **24-20884** |

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt

4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:    Identify the Property You Claim as Exempt**

1.  **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ☑ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2.  **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Debtors' Residence 9219 Lamprey Drive Elk Grove, CA 95624 Sacramento County** Line from *Schedule A/B*: **1.1** | $750,000.00 | ☑ $500,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| **2022 Tesla Y 21000 miles** Line from *Schedule A/B*: **3.1** | $35,500.00 | ☑ $5,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(2) |
| **See attached list** Line from *Schedule A/B*: **6.1** | $3,200.00 | ☑ $3,200.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **See attached list** Line from *Schedule A/B*: **7.1** | $1,350.00 | ☑ $1,350.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Clothing** Line from *Schedule A/B*: **11.1** | $170.00 | ☑ $200.00  ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |

Debtor 1    **Rakesh Kumar Bains**
Debtor 2    **Baljit Kaur Bains**

Case number (if known)    **24-20884**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Jewelry**<br>Line from *Schedule A/B*: **12.1** | $500.00 | ■    $1,000.00<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| **1 dog**<br>Line from *Schedule A/B*: **13.1** | $50.00 | ■    $50.00<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Cash on hand**<br>Line from *Schedule A/B*: **16.1** | $0.00 | ■    $230.00<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **checking: Cash in bank**<br>**Wells Fargo ... 3340 checking**<br>**Safe Credit Union ... 9393 Checking**<br>**Banner Bank ... 0529**<br>**US Bank ... 7457**<br>Line from *Schedule A/B*: **17.1** | $0.00 | ■    $1,200.00<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **401K through employer**<br>**Not property of the bankruptcy estate per Patterson v Shumate.**<br>Line from *Schedule A/B*: **21.1** | $0.00 | ■    $300,000.00<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |
| **Term life insurance through employer - no cash value**<br>Line from *Schedule A/B*: **31.1** | $0.00 | ■    $200,000.00<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.100(a) |

3.   **Are you claiming a homestead exemption of more than $189,050?**
(Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

☐   No
■   Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

     ■   No
     ☐   Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Rakesh Kumar Bains** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Baljit Kaur Bains** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | 24-20884 |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:   List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|
| | $116,000.00 | $60,000.00 | $56,000.00 |

**2.1**   **Ascentium Capital**
Creditor's Name

P O Box 310593
Dallas, TX 75303-1593
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ Check if this claim relates to a community debt

**Describe the property that secures the claim:**

2017 Freightliner M2 106
Vin .. V9472
and 2019 Great Dane Dry van trailer

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number   1268

Debtor 1    **Rakesh Kumar Bains**
      First Name      Middle Name      Last Name

Debtor 2    **Baljit Kaur Bains**
      First Name      Middle Name      Last Name

Case number (if known)    **24-20884**

---

| 2.2 | **BMO** | Describe the property that secures the claim: | $14,670.00 | $21,000.00 | $0.00 |

Creditor's Name

> **2023 Great Dane Trailer**
> **Vin ... 14486**

P O Box 71951
Chicago, IL 60694-1951

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ Check if this claim relates to a
community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____          Last 4 digits of account number    **0565**

---

| 2.3 | **County of Sacramento** | Describe the property that secures the claim: | $3,861.00 | $750,000.00 | $0.00 |

Creditor's Name

Revenue Recovery
PO Box 1086
Sacramento, CA
95812-1086

Number, Street, City, State & Zip Code

> **Debtors' Residence 9219 Lamprey**
> **Drive Elk Grove, CA 95624**
> **Sacramento County**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim relates to a
community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred _____          Last 4 digits of account number _____

---

| 2.4 | **Crossroads Equipment Lease and Finance** | Describe the property that secures the claim: | $19,435.00 | $0.00 | $19,435.00 |

Creditor's Name

> **2022 Kenworth VIN 2444**
> **repossessed prior to filing**

P O "Box 101285
Pasadena, CA
91189-1285

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ Check if this claim relates to a
community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured
car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____          Last 4 digits of account number _____

---

Debtor 1    **Rakesh Kumar Bains**
            First Name_____ Middle Name_____ Last Name_____

Debtor 2    **Baljit Kaur Bains**
            First Name_____ Middle Name_____ Last Name_____

Case number (if known)   **24-20884**

---

| 2.5 | **Diamler Truck Financial** | | |
|---|---|---|---|

Creditor's Name

**14372 Heritage Parkway, Suite 400**
**Fort Worth, TX 76177-3300**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**          $135,000.00          $50,000.00          $85,000.00

> **2022 Freightliner**
> **Vin ... C2110**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number    **6001**

---

| 2.6 | **Diamler Truck Financial** | | |
|---|---|---|---|

Creditor's Name

**14372 Heritage Parkway, Suite 400**
**Fort Worth, TX 76177-3300**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**          $0.00          $0.00          $0.00

> **2022 Freightliner Cascadia**
> **VIN ... C2110**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number _____

---

| 2.7 | **Diamler Truck Financial Services LLC** | | |
|---|---|---|---|

Creditor's Name

**8430 West Bryn Mawr Ave 3rd Fl**
**Chicago, IL 60631**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**          $105,069.00          $50,000.00          $55,069.00

> **2021 freightliner**
> **Vin ... D9925**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number _____

---

| | |
|---|---|
| Debtor 1 | **Rakesh Kumar Bains** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Baljit Kaur Bains** |
| | First Name          Middle Name          Last Name |

Case number (if known)   **24-20884**

---

**2.8**  **Diamler Truck Financial Services LLC**
Creditor's Name

8430 West Bryn Mawr 3rd Floor
Chicago, IL 60631
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**    $35,474.00    $20,000.00    $15,474.00

> 2016 WANC
> Serieal # .. 13342

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ Check if this claim relates to a community debt

Date debt was incurred _____    Last 4 digits of account number _____ ...

---

**2.9**  **Diamler Truck Financial Services LLC**
Creditor's Name

8430 West Bryn Mawr 3rd Floor
Chicago, IL 60631
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**    $20,000.00    $5,000.00    $15,000.00

> 2018 Great Dane Trailer
> Vin ... 10550

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a community debt

Date debt was incurred _____    Last 4 digits of account number _____

---

Debtor 1   **Rakesh Kumar Bains**
     First Name      Middle Name      Last Name

Debtor 2   **Baljit Kaur Bains**
     First Name      Middle Name      Last Name

Case number (if known)   **24-20884**

---

| 2.10 | **Elite Truck and Equipment Inc** | | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> **2019 Great Dane Dry van trailer Vin ... 36562**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.11 | **Flagstar Bank** | | $375,920.00 | $750,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> **Debtors' Residence 9219 Lamprey Drive Elk Grove, CA 95624 Sacramento County**

**5151 Corprate Dr
Troy, MI 48098-2639**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Date debt was incurred _____    Last 4 digits of account number _____

---

Official Form 106D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 5 of 10

Debtor 1  **Rakesh Kumar Bains**
    First Name        Middle Name        Last Name

Debtor 2  **Baljit Kaur Bains**
    First Name        Middle Name        Last Name

Case number (if known)  **24-20884**

---

**2.12**  **GM Financial**
Creditor's Name

PO Box 183593
Arlington, TX 76096-3834
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

- ☒ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**

> 2022 GMC Sierra Pickup 43000 miles

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☒ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number **9531**

$55,580.00     $37,000.00     $18,580.00

---

**2.13**  **Paccar Financial**
Creditor's Name

P O Box 1518
Bellevue, WA 98009-1518
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

- ☒ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**

> 2021 Kenworth T680
> Vin ...9749

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☒ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number **7171**

$95,250.00     $50,000.00     $45,250.00

---

Debtor 1   **Rakesh Kumar Bains**
        First Name        Middle Name        Last Name

Debtor 2   **Baljit Kaur Bains**
        First Name        Middle Name        Last Name

Case number (if known)   **24-20884**

---

**2.14**   **The Golden 1 Credit Union**
Creditor's Name

PO Box 15249
Sacramento, CA
95851-0249
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ■ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**

> **2022 Audi Q7 28000 miles**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number   **0011**

$57,433.00     $30,000.00     $27,433.00

---

**2.15**   **US Bank**
Creditor's Name

Bankruptcy Department
PO Box 21948
Saint Paul, MN
55121-4201
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ■ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**

> **Debtors' Residence 9219 Lamprey Drive Elk Grove, CA 95624 Sacramento County**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number _____

$217,665.00     $750,000.00     $0.00

---

Debtor 1   **Rakesh Kumar Bains**
   First Name      Middle Name      Last Name

Debtor 2   **Baljit Kaur Bains**
   First Name      Middle Name      Last Name

Case number (if known)    **24-20884**

---

**2.16**   **US Bank equipment finance**
     Creditor's Name

     **PO Box 790448**
     **Saint Louis, MO**
     **63179-0448**
     Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ■ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**     $109,000.00     $60,000.00     $49,000.00

| 2022 Freightliner |
| Serial # ... MV2755 |

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Last 4 digits of account number   **3316**

---

**2.17**   **US Bank equipment finance**
     Creditor's Name

     **PO Box 790448**
     **Saint Louis, MO**
     **63179-0448**
     Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**     $18,000.00     $5,000.00     $13,000.00

| 2017 Freightliner |
| Vin 9442 |

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Last 4 digits of account number _____

---

Debtor 1  **Rakesh Kumar Bains**
    First Name       Middle Name      Last Name

Debtor 2  **Baljit Kaur Bains**
    First Name       Middle Name      Last Name

Case number (if known)  **24-20884**

---

| 2.1 8 | **US Bank equipment finance** | | $35,000.00 | $20,000.00 | $35,000.00 |

Creditor's Name

Describe the property that secures the claim:

**2016 WANC**
**Serieal # .. 13342**

PO Box 790448
**Saint Louis, MO**
**63179-0448**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.1 9 | **Wells Fargo** | | $58,836.00 | $35,500.00 | $23,336.00 |

Creditor's Name

Describe the property that secures the claim:

**2022 Tesla Y 21000 miles**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

---

Official Form 106D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property

Debtor 1   **Rakesh Kumar Bains**                                         Case number (if known)   **24-20884**
           First Name      Middle Name         Last Name

Debtor 2   **Baljit Kaur Bains**
           First Name      Middle Name         Last Name

| 2.2 0 | **Wells Fargo Equipment Finance** | Describe the property that secures the claim: | $0.00 | $50,000.00 | $0.00 |

Creditor's Name

> **2023 International Tractor**
> **Vin ... 5280**

P O Box 3072
Cedar Rapids, IA
52406-3072

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number _____

---

Add the dollar value of your entries in Column A on this page. Write that number here:    | **$1,472,193.00** |

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:    | **$1,472,193.00** |

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]   Name, Number, Street, City, State & Zip Code
      **Mercedes - Benz Financial Services USA**
      **P O Box 5260**
      **843 West Bryn Mawr Ave 3rd Fl**
      **Chicago, IL 60631**

On which line in Part 1 did you enter the creditor?  __2.7__

Last 4 digits of account number ___

---

[ ]   Name, Number, Street, City, State & Zip Code
      **Quality Loan Srvice Corporation**
      **2763 Camino Del Rio South**
      **San Diego, CA 92108**

On which line in Part 1 did you enter the creditor?  __2.15__

Last 4 digits of account number ___

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Rakesh Kumar Bains** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Baljit Kaur Bains** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | 24-20884 |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** **California Department of Tax and Fee Adm**
Priority Creditor's Name

**Account Information Group MIC 29**
**P O Box 942879**
**Sacramento, CA 94279-0029**
Number Street City State Zip Code

Last 4 digits of account number **1360**    $650.00    $650.00    $0.00

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____ **sales taxes** _____

Debtor 1  **Rakesh Kumar Bains**
Debtor 2  **Baljit Kaur Bains**                                    Case number (if known)  **24-20884**

| 2.2 | **Franchise Tax Board*** | Last 4 digits of account number ___ ___ ___ ___ | $23,700.00 | $23,700.00 | $0.00 |

Priority Creditor's Name
**Bankruptcy Unit**
**PO Box 2952  MS A-340**
**Sacramento, CA 95812-2952**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**2020, 2021 income taxes**

| 2.3 | **Internal Revenue Service*** | Last 4 digits of account number ___ ___ ___ ___ | $19,000.00 | $13,000.00 | $6,000.00 |

Priority Creditor's Name
**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**2020, 2021 income taxes**

---

**Part 2:   List All of Your NONPRIORITY Unsecured Claims**

3.  Do any creditors have nonpriority unsecured claims against you?

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

                                                                                      **Total claim**

Debtor 1   **Rakesh Kumar Bains**
Debtor 2   **Baljit Kaur Bains**                                    Case number (if known)   **24-20884**

| 4.1 | **Acima Credit** | Last 4 digits of account number _____ | **$3,500.00** |

Nonpriority Creditor's Name
9815 S. Monroe St
Sandy, UT 84070

When was the debt incurred?   **... 5757**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
☐ Unliquidated
■ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ Check if this claim is for a  community debt
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes
■ Other. Specify   **lease**

---

| 4.2 | **ADT Security Service** | Last 4 digits of account number   **5906** | **$110.00** |

Nonpriority Creditor's Name
P O Box 371878
Pittsburgh, PA 15250-7878

When was the debt incurred?   _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
☐ Unliquidated
■ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ Check if this claim is for a  community debt
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes
■ Other. Specify   **security service**

---

| 4.3 | **Amazon** | Last 4 digits of account number   **3813** | **$3,225.00** |

Nonpriority Creditor's Name
P O Box 960013
Orlando, FL 32896-0013

When was the debt incurred?   _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
☐ Unliquidated
■ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ Check if this claim is for a  community debt
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes
■ Other. Specify   **charge account**

---

| Debtor 1 | **Rakesh Kumar Bains** | | |
|---|---|---|---|
| Debtor 2 | **Baljit Kaur Bains** | Case number (if known) | **24-20884** |

---

**4.4**

**American Express**
Nonpriority Creditor's Name
P O Box 60189
City of Industry, CA 91716-0189
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **1005**          **$4,970.00**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Bains Marinated meat shop**

---

**4.5**

**American First Finance**
Nonpriority Creditor's Name
P O Box 4115
Concord, CA 94524
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____          **$1,200.00**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.6**

**Apelles**
Nonpriority Creditor's Name
P O Box 1578
Middletown, OH 45042-1578
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____          **$410.00**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Redwing Carriers**

---

Debtor 1  **Rakesh Kumar Bains**
Debtor 2  **Baljit Kaur Bains**

Case number (if known)  **24-20884**

---

| 4.7 | **Bank of America** | Last 4 digits of account number  **8150** | **$1,050.00** |

Nonpriority Creditor's Name
**P O Box 15284**
**Wilmington, DE 19850**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **charge account**

---

| 4.8 | **Bank of America** | Last 4 digits of account number  **8150** | **$3,270.00** |

Nonpriority Creditor's Name
**P O Box 15019**
**Wilmington, DE 19886-5019**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **charge account**

---

| 4.9 | **Bank of America** | Last 4 digits of account number  **8117** | **$6,380.00** |

Nonpriority Creditor's Name
**P O Box 15284**
**Wilmington, DE 19850**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **charge account**

---

Debtor 1  **Rakesh Kumar Bains**
Debtor 2  **Baljit Kaur Bains**                              Case number (if known)  **24-20884**

| 4.1 0 | **Best Buy Credit Services** | Last 4 digits of account number  **7832** | **$6,350.00** |

Nonpriority Creditor's Name
**P O Box 6204**
**Sioux Falls, SD 57117-6204**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **charge account** _____

---

| 4.1 1 | **BMO Bank N.A.** | Last 4 digits of account number  **0400** | **$1,840.00** |

Nonpriority Creditor's Name
**P O Box 5700**
**Carol Stream, IL 60197-5700**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **charge account** _____

---

| 4.1 2 | **Calvine Plaza** | Last 4 digits of account number | **$0.00** |

Nonpriority Creditor's Name

Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

Debtor 1   **Rakesh Kumar Bains**
Debtor 2   **Baljit Kaur Bains**

Case number (if known)   **24-20884**

---

| 4.1 3 | | | |
|---|---|---|---|

**Chase**
Nonpriority Creditor's Name
**Account Inquiries**
**PO Box 15298**
**Wilmington, DE 19850-5298**
Number Street City State Zip Code

Last 4 digits of account number   **...**          **$935.00**

When was the debt incurred?   _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **charge account**

---

| 4.1 4 | | | |
|---|---|---|---|

**Citi**
Nonpriority Creditor's Name
**P O Box 790057**
**Saint Louis, MO 63179-0057**
Number Street City State Zip Code

Last 4 digits of account number   **4953**          **$9,400.00**

When was the debt incurred?   _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **charge account**

---

| 4.1 5 | | | |
|---|---|---|---|

**Collection Northwest**
Nonpriority Creditor's Name
**P O box 4070**
**2400 Poplar Dr**
**Medford, OR 97501**
Number Street City State Zip Code

Last 4 digits of account number   _____          **$600.00**

When was the debt incurred?   _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Redwing Carrier - Jackson County Justice Court**

---

Debtor 1  **Rakesh Kumar Bains**
Debtor 2  **Baljit Kaur Bains**

Case number (if known)  **24-20884**

---

| 4.1 6 | **Comenity Bank** | Last 4 digits of account number  **4144** | **$879.00** |

Nonpriority Creditor's Name
**Bankruptcy Dept**
**PO Box 182125**
**Columbus, OH 43218**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **charge account**

---

| 4.1 7 | **Credit Collection Services** | Last 4 digits of account number  **3336** | **$82.00** |

Nonpriority Creditor's Name
**P O Box 710**
**Norwood, MA 02062-0710**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **collections - Redwing Carrier**

---

| 4.1 8 | **Credit Collection Services** | Last 4 digits of account number | **$57.00** |

Nonpriority Creditor's Name
**725 Canton Street**
**Norwood, MA 02062**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who Incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **progressive West Ins**

---

Debtor 1  **Rakesh Kumar Bains**
Debtor 2  **Baljit Kaur Bains**

Case number (if known)  **24-20884**

---

**4.19**

**Department of Education**
Nonpriority Creditor's Name
**50 United Nations Plaza**
**Suite 1200**
**San Francisco, CA 94102**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **6668**          $8,153.00

**When was the debt incurred?**  _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **student loan**

---

**4.20**

**Discover**
Nonpriority Creditor's Name
**P O Box 45909**
**San Francisco, CA 94145-0909**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **6393**          $3,120.00

**When was the debt incurred?**  _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Charge account**

---

**4.21**

**First National Bank of Omaha**
Nonpriority Creditor's Name
**PO Box 2557**
**Omaha, NE 68103**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **3497**          $2,848.00

**When was the debt incurred?**  _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **charge account - Redwing Carrier**

---

Debtor 1  **Rakesh Kumar Bains**
Debtor 2  **Baljit Kaur Bains**

Case number (if known)  **24-20884**

---

**4.2 2**

**FNBO**
Nonpriority Creditor's Name
**P O Box 2557**
**Omaha, NE 68103-2557**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  **4977**                    **$2,850.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **charge account - Redwing Carrier**

---

**4.2 3**

**Greenburg, Grant and Richards Inc**
Nonpriority Creditor's Name
**5858 Westheimer Road, Ste. 500**
**Houston, TX 77057**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  **7170**                    **$679.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Love's Travel Stops - Redwing Carrier**

---

**4.2 4**

**Honey Management Group Inc**
Nonpriority Creditor's Name
**730 W. Golden Grove Way**
**Covina, CA 91722**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  _____                    **$7,000.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Bains Marinated Meats - Clicklease**

---

Debtor 1   **Rakesh Kumar Bains**
Debtor 2   **Baljit Kaur Bains**

Case number (if known)   **24-20884**

---

**4.2 5**

**Khols**

Nonpriority Creditor's Name

**N 56 W 17000 Ridgewood Drive
Menomonee Falls, WI 53051**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   **1566**      **$240.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **charge account**

---

**4.2 6**

**Koalafi**

Nonpriority Creditor's Name

**P O Box 5518
Glen Allen, VA 23058-5518**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number        **$2,000.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **lease**

---

**4.2 7**

**Kohls**

Nonpriority Creditor's Name

**P O Box 3115
Milwaukee, WI 53201**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   **3851**      **$2,710.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **charge account**

---

Debtor 1   **Rakesh Kumar Bains**
Debtor 2   **Baljit Kaur Bains**

Case number (*if known*)   **24-20884**

---

| 4.2 8 | **Linebarger Goggan Blair & Sampson LLP** | Last 4 digits of account number | | $193.00 |

Nonpriority Creditor's Name
**One Penn Center**
**1617 John F. Kennedy Blvd Ste 555**
**Philadelphia, PA 19103**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Deleware DOT - Redwing Carrier**

---

| 4.2 9 | **Lowes Business Acct** | Last 4 digits of account number | 0388 | $120.00 |

Nonpriority Creditor's Name
**P O Box 669824**
**Dallas, TX 75266-0781**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Bains Marinated Meats**

---

| 4.3 0 | **Macy** | Last 4 digits of account number | 0238 | $1,400.00 |

Nonpriority Creditor's Name
**P O Box 79003**
**Saint Louis, MO 63179-0003**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **charge account -**

---

Debtor 1   **Rakesh Kumar Bains**
Debtor 2   **Baljit Kaur Bains**                                    Case number (if known)   **24-20884**

| 4.3 1 | **Macy's** | Last 4 digits of account number   **4258** | **$1,100.00** |

Nonpriority Creditor's Name
**P O Box 79003**
**Saint Louis, MO 63179-0003**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **charge account**

| 4.3 2 | **Macy's American Express** | Last 4 digits of account number   **6923** | **$1,865.00** |

Nonpriority Creditor's Name
**P O Box 790003**
**Saint Louis, MO 63179-0003**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **charge account**

| 4.3 3 | **PA Turnpike Toll by Plate** | Last 4 digits of account number | **$350.00** |

Nonpriority Creditor's Name
**P O Box 645631**
**Pittsburgh, PA 15264-5254**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **tolls - Redwing Carrier**

Debtor 1   **Rakesh Kumar Bains**
Debtor 2   **Baljit Kaur Bains**                                    Case number *(if known)*   **24-20884**

---

| 4.3 4 | **Port Authority NY NJ** | | Last 4 digits of account number ___ ___ ___ ___ | | $277.00 |

Nonpriority Creditor's Name
**P O Box 15183**
**Albany, NY 12212-5183**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                    ☐ Contingent

☐ Debtor 1 and Debtor 2 only                       ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**   ☐ Student loans

**Is the claim subject to offset?**                ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                              ■ Other. Specify   **Redwing Carrier**

---

| 4.3 5 | **Prime** | | Last 4 digits of account number  · · · | | $8,600.00 |

Nonpriority Creditor's Name
**P O Box 15123**
**Wilmington, DE 19850-5123**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                    ☐ Contingent

☐ Debtor 1 and Debtor 2 only                       ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**   ☐ Student loans

**Is the claim subject to offset?**                ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                              ■ Other. Specify   **charge account**

---

| 4.3 6 | **Professional Account Management LLC** | | Last 4 digits of account number ___ ___ ___ ___ | | $242.00 |

Nonpriority Creditor's Name
**P O Box 500**
**Horseheads, NY 14845-0500**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                    ☐ Contingent

☐ Debtor 1 and Debtor 2 only                       ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**   ☐ Student loans

**Is the claim subject to offset?**                ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                              ■ Other. Specify   **tolls - Redwing Carrier**

---

Debtor 1   **Rakesh Kumar Bains**
Debtor 2   **Baljit Kaur Bains**                                   Case number (if known)   **24-20884**

---

**4.3 7**

**Professional Credit Service**
Nonpriority Creditor's Name
**P O Box 7548**
**Springfield, OR 97475-0039**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                          $646.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Marion County Justice Court**

---

**4.3 8**

**RTS Financial Services Inc**
Nonpriority Creditor's Name
**Gaba Law**
**25 Mauchly Suite 300**
**Irvine, CA 92618**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                          $6,095.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **factoring company -Redwing Carrier**

---

**4.3 9**

**Shop Your Way**
Nonpriority Creditor's Name
**PO Box 6286**
**Sioux Falls, SD 57117-6286**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **1967**                          $7,065.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **charge account**

---

Debtor 1  **Rakesh Kumar Bains**
Debtor 2  **Baljit Kaur Bains**

Case number (if known)  **24-20884**

---

**4.4 0**

**State of California**
Nonpriority Creditor's Name
**Department of Motor Vehicles**
**P O Box 932320 MS H160**
**Sacramento, CA 94232-3200**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  _____          **$1.00**

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Redwing Carrier**

---

**4.4 1**

**Synchrony**
Nonpriority Creditor's Name
**P O Box 965064**
**Orlando, FL 32896-0564**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **1515**          **$315.00**

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **charge account - Redwing Carrier**

---

**4.4 2**

**Synchrony**
Nonpriority Creditor's Name
**P O Box 965064**
**Orlando, FL 32896-0564**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **1736**          **$910.00**

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **charge account**

---

Debtor 1  **Rakesh Kumar Bains**
Debtor 2  **Baljit Kaur Bains**

Case number (if known)   **24-20884**

---

| 4.4 3 | **Synchrony** | Last 4 digits of account number **2956** | **$1,940.00** |

Nonpriority Creditor's Name
**P O Box 965064**
**Orlando, FL 32896-0564**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **charge account**

---

| 4.4 4 | **Synchrony Bank** | Last 4 digits of account number **1515** | **$1,738.00** |

Nonpriority Creditor's Name
**P O Box 965008**
**Orlando, FL 32896**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **charge account - Redwing Carrier Inc**

---

| 4.4 5 | **Synchrony Bank** | Last 4 digits of account number **3737** | **$1,325.00** |

Nonpriority Creditor's Name
**P O Box 965008**
**Orlando, FL 32896**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **charge account - Redwing Carrier**

---

Debtor 1  **Rakesh Kumar Bains**
Debtor 2  **Baljit Kaur Bains**

Case number (if known)  **24-20884**

---

| 4.4 6 | | | |
|---|---|---|---|

**The Golden 1 Credit Union**
Nonpriority Creditor's Name
**PO Box 15966**
**Sacramento, CA 95852**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  **2844**          **$9,347.00**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **charge account - Redwing Carrier**

---

| 4.4 7 | | | |
|---|---|---|---|

**The Golden 1 Credit Union**
Nonpriority Creditor's Name
**PO Box 15966**
**Sacramento, CA 95852**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  **6204**          **$10,131.00**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **charge account**

---

| 4.4 8 | | | |
|---|---|---|---|

**The Home Depot**
Nonpriority Creditor's Name
**PO Box 9001030**
**Louisville, KY 40290-1030**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  **2100**          **$9,100.00**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **bains marinated meat**

---

Debtor 1  **Rakesh Kumar Bains**
Debtor 2  **Baljit Kaur Bains**

Case number (if known)    **24-20884**

---

| 4.4 9 | **The Home Depot Credit Services** | Last 4 digits of account number | **0675** | | **$631.00** |

Nonpriority Creditor's Name
**P O Box 790393**
**Saint Louis, MO 63179**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **charge account - Redwing**

---

| 4.5 0 | **Transworld Systems Inc** | Last 4 digits of account number | | | **$732.00** |

Nonpriority Creditor's Name
**500 Virginia Dr Ste 514**
**Fort Washington, PA 19034**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Penn Turnpike Commission - Redwing Carrier**

---

| 4.5 1 | **U.S. Small Business Administration** | Last 4 digits of account number | **7909** | | **$479,129.00** |

Nonpriority Creditor's Name
**Attn:  District Counsel**
**455 Market Street, Suite 600**
**San Francisco, CA 94105**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Redwing Carrier**

---

Debtor 1  **Rakesh Kumar Bains**
Debtor 2  **Baljit Kaur Bains**

Case number (if known)  **24-20884**

---

**4.5 2**

**US Bank**
Nonpriority Creditor's Name
**Bankruptcy Department**
**PO Box 5229**
**Cincinnati, OH 45201**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **6863**          **$15,920.00**

When was the debt incurred?  _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Bains Marinated Meat**

---

**4.5 3**

**US Bank**
Nonpriority Creditor's Name
**P O Box 790179**
**Saint Louis, MO 63179-0179**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **0862**          **$24,650.00**

When was the debt incurred?  _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **bains marinated meat**

---

**4.5 4**

**Utah State Tax Commission**
Nonpriority Creditor's Name
**210 N 1950 W.**
**Salt Lake City, UT 84134**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **...**          **$1.00**

When was the debt incurred?  _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Redwing Carrier**

---

Debtor 1  **Rakesh Kumar Bains**
Debtor 2  **Baljit Kaur Bains**                                     Case number (if known)   **24-20884**

---

| 4.5 5 | | | |
|---|---|---|---|

**Verizon Business**                     Last 4 digits of account number   **7032**                    **$255.00**
Nonpriority Creditor's Name
**P O Box 489**                          When was the debt incurred?
**Newark, NJ 07101-0489**
Number Street City State Zip Code        As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                          ☐ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only             ☐ Disputed
■ At least one of the debtors and another   Type of NONPRIORITY unsecured claim:
■ Check if this claim is for a community   ☐ Student loans
debt                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?          report as priority claims
■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                    ■ Other. Specify  **Redwing Carrier**

---

| 4.5 6 | | | |
|---|---|---|---|

**Violation Enforcement Service**        Last 4 digits of account number   **9350**                    **$76.00**
Nonpriority Creditor's Name
**P O Box 1212**                         When was the debt incurred?
**Horseheads, NY 14845-1200**
Number Street City State Zip Code        As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                          ☐ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only             ☐ Disputed
■ At least one of the debtors and another   Type of NONPRIORITY unsecured claim:
■ Check if this claim is for a community   ☐ Student loans
debt                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?          report as priority claims
■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                    ■ Other. Specify  **collection - Redwing Carrier**

---

| 4.5 7 | | | |
|---|---|---|---|

**Webstaurant**                          Last 4 digits of account number   **7504**                    **$5,900.00**
Nonpriority Creditor's Name

When was the debt incurred?

Number Street City State Zip Code        As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                          ☐ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
■ Debtor 1 and Debtor 2 only             ☐ Disputed
☐ At least one of the debtors and another   Type of NONPRIORITY unsecured claim:
■ Check if this claim is for a community   ☐ Student loans
debt                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?          report as priority claims
■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                    ■ Other. Specify  **charge account - Bains Marinated Meat**

---

Debtor 1  **Rakesh Kumar Bains**
Debtor 2  **Baljit Kaur Bains**

Case number (if known)   **24-20884**

---

| 4.5 8 | | | |
|---|---|---|---|

**Wells Fargo**
Nonpriority Creditor's Name
PO Box 6995
Portland, OR 97228
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  **9690**                              **$17,390.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   charge account - Redwing Carrier

---

| 4.5 9 | | | |
|---|---|---|---|

**Wells Fargo**
Nonpriority Creditor's Name
P O Box 51193
Los Angeles, CA 90051-5493
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number                                      **$13,100.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   charge account

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**United States Department of Justice***
Civil Trial Section, Western Region
Box 683, Ben Franklin Station
Washington, DC 20044

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.3** of (Check one):

■ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**US Attorney**
**For US Small Business Administration**
501 I Street Suite 10-100
Sacramento, CA 95814

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.51** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**US Attorney***
**For the Internal Revenue Service**
501 I Street, Suite 10-100

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.3** of (Check one):

■ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

---

Official Form 106 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 22 of 23

| Debtor 1 | Rakesh Kumar Bains | | | Case number (if known) | 24-20884 |
| Debtor 2 | Baljit Kaur Bains | | | | |

Sacramento, CA 95814

Last 4 digits of account number

---

## Part 4:　Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. | $ | 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $ | 43,350.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | Total Priority. Add lines 6a through 6d. | 6e. | $ | 43,350.00 |

|  | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | Student loans | 6f. | $ | 0.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 694,402.00 |
| | 6j. | Total Nonpriority. Add lines 6f through 6i. | 6j. | $ | 694,402.00 |

---

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Rakesh Kumar Bains** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Baljit Kaur Bains** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number | 24-20884 |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| Name, Number, Street, City, State and ZIP Code | |
| 2.1  **Clicklease**<br>1182 W. 2400 South<br>Salt Lake City, UT 84119 | **Lease for Bains Marinated Meats** |
| 2.2  **Koalafi**<br>P O Box 5518<br>Glen Allen, VA 23058-5518 | |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Rakesh Kumar Bains** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Baljit Kaur Bains** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number | 24-20884 |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                           12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ☐ No
    ■ Yes.

        In which community state or territory did you live?   **-NONE-**   . Fill in the name and current address of that person.

        Name of your spouse, former spouse, or legal equivalent
        Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| **Column 1:** Your codebtor | **Column 2:** The creditor to whom you owe the debt |
|---|---|
| Name, Number, Street, City, State and ZIP Code | Check all schedules that apply: |

**3.1  Redwing Carrier, Inc**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.6**
☐ Schedule G _____
**Apelles**

**3.2  Redwing Carrier, Inc**

■ Schedule D, line   **2.1**
☐ Schedule E/F, line _____
☐ Schedule G _____
**Ascentium Capital**

| Debtor 1 | Rakesh Kumar Bains | Case number *(if known)* | 24-20884 |
|---|---|---|---|
| | Baljit Kaur Bains | | |

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

**3.3**  Redwing Carrier, Inc

- ☐ Schedule D, line _____
- ■ Schedule E/F, line __4.7__
- ☐ Schedule G _____

**Bank of America**

**3.4**  Redwing Carrier, Inc

- ☐ Schedule D, line _____
- ■ Schedule E/F, line __4.8__
- ☐ Schedule G _____

**Bank of America**

**3.5**  Redwing Carrier, Inc

- ■ Schedule D, line __2.2__
- ☐ Schedule E/F, line _____
- ☐ Schedule G _____

**BMO**

**3.6**  Redwing Carrier, Inc

- ☐ Schedule D, line _____
- ■ Schedule E/F, line __4.15__
- ☐ Schedule G _____

**Collection Northwest**

**3.7**  Redwing Carrier, Inc

- ☐ Schedule D, line _____
- ■ Schedule E/F, line __4.16__
- ☐ Schedule G _____

**Comenity Bank**

**3.8**  Redwing Carrier, Inc

- ☐ Schedule D, line _____
- ■ Schedule E/F, line __4.17__
- ☐ Schedule G _____

**Credit Collection Services**

**3.9**  Redwing Carrier, Inc

- ☐ Schedule D, line _____
- ■ Schedule E/F, line __4.18__
- ☐ Schedule G _____

**Credit Collection Services**

**3.10**  Redwing Carrier, Inc

- ■ Schedule D, line __2.4__
- ☐ Schedule E/F, line _____
- ☐ Schedule G _____

**Crossroads Equipment Lease and Finance**

| Debtor 1 | Rakesh Kumar Bains | Case number *(if known)* | 24-20884 |
|---|---|---|---|
| | Baljit Kaur Bains | | |

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.11    Redwing Carrier, Inc

■ Schedule D, line __2.5__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Diamler Truck Financial**

3.12    Redwing Carrier, Inc

■ Schedule D, line __2.7__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Diamler Truck Financial Services LLC**

3.13    Redwing Carrier, Inc

■ Schedule D, line __2.8__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Diamler Truck Financial Services LLC**

3.14    Redwing Carrier, Inc

☐ Schedule D, line _____
■ Schedule E/F, line __4.21__
☐ Schedule G _____
**First National Bank of Omaha**

3.15    Redwing Carrier, Inc

■ Schedule D, line __2.11__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Flagstar Bank**

3.16    Redwing Carrier, Inc

☐ Schedule D, line _____
■ Schedule E/F, line __4.22__
☐ Schedule G _____
**FNBO**

3.17    Redwing Carrier, Inc

■ Schedule D, line __2.12__
☐ Schedule E/F, line _____
☐ Schedule G _____
**GM Financial**

3.18    Redwing Carrier, Inc

☐ Schedule D, line _____
■ Schedule E/F, line __4.23__
☐ Schedule G _____
**Greenburg, Grant and Richards Inc**

| Debtor 1 | **Rakesh Kumar Bains** | Case number *(if known)* | **24-20884** |
|---|---|---|---|
| | **Baljit Kaur Bains** | | |

▮ Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**
Check all schedules that apply:

**3.19  Redwing Carrier, Inc**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.25___
☐ Schedule G _____
**Khols**

**3.20  Redwing Carrier, Inc**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.28___
☐ Schedule G _____
**Linebarger Goggan Blair & Sampson LLP**

**3.21  Redwing Carrier, Inc**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.30___
☐ Schedule G _____
**Macy**

**3.22  Redwing Carrier, Inc**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.31___
☐ Schedule G _____
**Macy's**

**3.23  Redwing Carrier, Inc**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.33___
☐ Schedule G _____
**PA Turnpike Toll by Plate**

**3.24  Redwing Carrier, Inc**

■ Schedule D, line ___2.13___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Paccar Financial**

**3.25  Redwing Carrier, Inc**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.34___
☐ Schedule G _____
**Port Authority NY NJ**

**3.26  Redwing Carrier, Inc**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.35___
☐ Schedule G _____
**Prime**

| Debtor 1 | **Rakesh Kumar Bains** **Baljit Kaur Bains** | Case number *(if known)* | **24-20884** |
|---|---|---|---|

▮ Additional Page to List More Codebtors

Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt
Check all schedules that apply:

**3.27  Redwing Carrier, Inc**

☐ Schedule D, line _____
■ Schedule E/F, line __4.36__
☐ Schedule G _____
**Professional Account Management LLC**

**3.28  Redwing Carrier, Inc**

☐ Schedule D, line _____
■ Schedule E/F, line __4.37__
☐ Schedule G _____
**Professional Credit Service**

**3.29  Redwing Carrier, Inc**

☐ Schedule D, line _____
■ Schedule E/F, line __4.40__
☐ Schedule G _____
**State of California**

**3.30  Redwing Carrier, Inc**

☐ Schedule D, line _____
■ Schedule E/F, line __4.41__
☐ Schedule G _____
**Synchrony**

**3.31  Redwing Carrier, Inc**

☐ Schedule D, line _____
■ Schedule E/F, line __4.44__
☐ Schedule G _____
**Synchrony Bank**

**3.32  Redwing Carrier, Inc**

☐ Schedule D, line _____
■ Schedule E/F, line __4.45__
☐ Schedule G _____
**Synchrony Bank**

**3.33  Redwing Carrier, Inc**

■ Schedule D, line __2.14__
☐ Schedule E/F, line _____
☐ Schedule G _____
**The Golden 1 Credit Union**

**3.34  Redwing Carrier, Inc**

☐ Schedule D, line _____
■ Schedule E/F, line __4.46__
☐ Schedule G _____
**The Golden 1 Credit Union**

| Debtor 1 | Rakesh Kumar Bains<br>Baljit Kaur Bains | Case number *(if known)* | 24-20884 |

**Additional Page to List More Codebtors**

Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply:

**3.35**  Redwing Carrier, Inc

☐ Schedule D, line _____<br>
■ Schedule E/F, line __4.49__<br>
☐ Schedule G _____<br>
**The Home Depot Credit Services**

**3.36**  Redwing Carrier, Inc

☐ Schedule D, line _____<br>
■ Schedule E/F, line __4.50__<br>
☐ Schedule G _____<br>
**Transworld Systems Inc**

**3.37**  Redwing Carrier, Inc

☐ Schedule D, line _____<br>
■ Schedule E/F, line __4.51__<br>
☐ Schedule G _____<br>
**U.S. Small Business Administration**

**3.38**  Redwing Carrier, Inc

■ Schedule D, line __2.15__<br>
☐ Schedule E/F, line _____<br>
☐ Schedule G _____<br>
**US Bank**

**3.39**  Redwing Carrier, Inc

■ Schedule D, line __2.16__<br>
☐ Schedule E/F, line _____<br>
☐ Schedule G _____<br>
**US Bank equipment finance**

**3.40**  Redwing Carrier, Inc

☐ Schedule D, line _____<br>
■ Schedule E/F, line __4.54__<br>
☐ Schedule G _____<br>
**Utah State Tax Commission**

**3.41**  Redwing Carrier, Inc

☐ Schedule D, line _____<br>
■ Schedule E/F, line __4.55__<br>
☐ Schedule G _____<br>
**Verizon Business**

**3.42**  Redwing Carrier, Inc

☐ Schedule D, line _____<br>
■ Schedule E/F, line __4.56__<br>
☐ Schedule G _____<br>
**Violation Enforcement Service**

| Debtor 1 | **Rakesh Kumar Bains** **Baljit Kaur Bains** | Case number *(if known)* | **24-20884** |

**Additional Page to List More Codebtors**

*Column 1:* Your codebtor

*Column 2:* **The creditor to whom you owe the debt**
Check all schedules that apply:

3.43 **Redwing Carrier, Inc**

■ Schedule D, line __2.19__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Wells Fargo**

---

3.44 **Redwing Carrier, Inc**

☐ Schedule D, line _____
■ Schedule E/F, line __4.58__
☐ Schedule G _____
**Wells Fargo**

---

3.45 **Redwing Carrier, Inc**

■ Schedule D, line __2.20__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Wells Fargo Equipment Finance**

---

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Rakesh Kumar Bains** |
| Debtor 2 (Spouse, if filing) | **Baljit Kaur Bains** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (If known) | **24-20884** |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:     Describe Employment

**1.  Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|---|
| Employment status | | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | | Driver - Self employed | FC |
| Employer's name | | | Methodist Hospital |
| Employer's address | | | 7500 Hospital Dr.<br>Sacramento, CA 95823 |
| How long employed there? | | | 18 years |

### Part 2:     Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $          0.00 | $       3,995.33 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$          0.00 | +$          0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $          0.00 | $       3,995.33 |

Debtor 1   **Rakesh Kumar Bains**
Debtor 2   **Baljit Kaur Bains**

Case number (*if known*)   **24-20884**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here .......................................................... | 4. | $ 0.00 | $ 3,995.33 |

5. List all payroll deductions:

| | | | | |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 349.55 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 241.61 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. | $ 0.00 | $ 153.49 |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |

6. Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.   $ 0.00    $ 744.65

7. Calculate total monthly take-home pay. Subtract line 6 from line 4.    7.   $ 0.00    $ 3,250.68

8. List all other income regularly received:

| | | | | |
|---|---|---|---|---|
| 8a. | Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 13,349.69 | $ 0.00 |
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. | Social Security | 8e. | $ 0.00 | $ 0.00 |
| 8f. | Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| 8h. | Other monthly income. Specify:   IHSS | 8h.+ | $ 0.00 + | $ 2,503.00 |

9. Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.   $ 13,349.69    $ 2,503.00

10. Calculate monthly income. Add line 7 + line 9.    10.   $ 13,349.69   +   $ 5,753.68   =   $ 19,103.37
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. State all other regular contributions to the expenses that you list in *Schedule J*.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____    11.   +$ 0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies    12.   $ 19,103.37
**Combined monthly income**

13. Do you expect an increase or decrease within the year after you file this form?
☑ No.
☐ Yes. Explain: | Baljit is part time employee at 20 hours per week. Recent income was higher due to training classes which are offered annually and increased hours. |

Projected profit and loss from self employment Trucking

Anticipated Gross monthly income　　　　　.　$94,000.00

Expenses
Diesel                          $33,000.00
Insurance                        $6,200.00
Fuel tax                           $500.00
Tolls                            $1,300.00
Maintenance                      $3,000.00
Driver pay (1099)               $31,000.00
Trailer Rent                     $1,200.00
Truck parking                      $600.00
Dispatch services                $5,000.00
Misc                               $200.00

Total expenses                  $82,000.00
Net profit/loss                 $12,000.00

# BAINS MEAT SHOP
## Projected Profit and Loss
January 2024 through June 2024

### Ordinary Income

| | |
|---|---|
| CLEARENT | $185,500.00 |
| DOOR DASH | $2,700.00 |
| GOEBT | $5,200.00 |
| **TOTAL REVENUE** | **$193,400.00** /6 |

*32,233.33 /MO*

### COST OF GOODS SOLD

| | |
|---|---|
| GROCERY | $114,500.00 |
| COCARD FEE | $470.00 |
| PAYROLL/EIMPLOYEE | $14,500.00 |
| CLEARENT | $5,100.00 |
| LOGICAL FEE | $500.00 |
| **TOTAL CoGS**   *22,511.66 /MO* | **$135,070.00** /6 |
| **GROSS PROFIT/LOSS** | **$58,330.00** |

### EXPENSES

| | |
|---|---|
| LEASE | $36,600.00 |
| ATLAS DISPOSAL | $2,100.00 |
| NATIONWIDE | $900.00 |
| VIVINT | $300.00 |
| COMCAST | $850.00 |
| UTILITIES | $2,800.00 |
| YELP & ADV | $4,100.00 |
| REPAIRS AND MAINTENANCE | $3,500.00 |
| PRUDENTIAL | $600.00 |
| CLARK PEST CONTROL | $780.00 |
| CA DEPT | $125.00 |
| OFFICE FEES – ADP PAYROLL FEE/TAX | $2,750.00 |
| **TOTAL EXPENSES** | **$55,405.00** /6 |

*9234.16*

**NET OPERATING PROFIT/LOSS**                              **$2,925.00**

**OTHER EXPENSES**

Vehicle Expenses                                              $1,875.00

Miscellaneous Expenses                                         $750.00

**TOTAL OTHER EXPENSES**                                  **$2,625.00**

**NET PROFIT/LOSS**                                        **$300.00** /6.

50.00/40

# INDIA GATE

## Projected Profit and Loss
January 2024 through June 2024

### Ordinary Income

| | |
|---|---:|
| UBER | $4,100.00 |
| DOOR DASH | $25,500.00 |
| WOOCOMMERCE | $4,900.00 |
| GRUB HUB | $5,680.00 |
| CLOVER | $110,000.00 |
| **TOTAL REVENUE** | **$150,180.00** /6 |

25,030.00 /MO

### COST OF GOODS SOLD

| | |
|---|---:|
| GROCERY | $42,500.00 |
| PAYROLL/EMPLOYEES | $30,500.00 |
| CARD FEE | $2,550.00 |
| CLOVER FEE | $900.00 |
| **TOTAL CoGS**   12 741.66 /MO | **$76,450.00** /6 |
| **GROSS PROFIT/LOSS** | **$73,730.00** |

### EXPENSES

| | |
|---|---:|
| RENT | $37,000.00 |
| ATLAS DISPOSAL | $1,800.00 |
| STATE FARM | $1,000.00 |
| WATER | $2,900.00 |
| COMCAST | $800.00 |
| UTILITIES | $11,500.00 |
| GOOGLE ADVERTISING | $2,700.00 |
| GOOGLE FEE | $525.00 |
| EDWARDS ADV | $1,750.00 |
| REPAIRS AND MAINTENANCE | $4,250.00 |
| PRUDENTIAL | $2,350.00 |
| CLARK PEST CONTROL | $780.00 |

| | | |
|---|---|---|
| SAC COUNTY | | $700.00 |
| Uniforms | | $500.00 |
| **TOTAL EXPENSES** | *11 4 25.83* | **$68,555.00** /6 |
| **NET OPERATING PROFIT/LOSS** | | **$5,175.00** |
| | | |
| **OTHER EXPENSES** | | |
| Vehicle Expenses | | $700.00 |
| Miscellaneous Expenses | | $1,100.00 |
| **TOTAL OTHER EXPENSES** | | **$1,800.00** |
| | | |
| **NET PROFIT/LOSS** | | **$3,375.00** /6 |

*562.50*

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Rakesh Kumar Bains** |
| Debtor 2 (Spouse, if filing) | **Baljit Kaur Bains** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (If known) | **24-20884** |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ☑ Yes. Does Debtor 2 live in a separate household?

       ☑ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**  ☐ No

   Do not list Debtor 1 and Debtor 2.  ☑ Yes. Fill out this information for each dependent..............

   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | **son** | **10** | ☐ No   ☑ Yes |
   | **daughter** | **13** | ☐ No   ☑ Yes |
   | **daughter** | **15** | ☐ No   ☑ Yes |
   | | | ☐ No   ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**  ☑ No   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  |  | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $    1,672.00 |
|  | If not included in line 4: | |
| 4a. | Real estate taxes | 4a. $    337.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $    150.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $    100.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $    0.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $    0.00 |

Debtor 1   **Rakesh Kumar Bains**
Debtor 2   **Baljit Kaur Bains**                              Case number (if known)   **24-20884**

6.  **Utilities:**
    6a.   Electricity, heat, natural gas                                   6a.  $                  406.00
    6b.   Water, sewer, garbage collection                                 6b.  $                  180.00
    6c.   Telephone, cell phone, Internet, satellite, and cable services   6c.  $                  425.00
    6d.   Other. Specify:   City of Elk Grove                              6d.  $                  100.00
          Lawn Service                                                          $                   60.00
          ADT                                                                   $                   50.00
7.  **Food and housekeeping supplies**                                     7.   $                  900.00
8.  **Childcare and children's education costs**                          8.   $                  175.00
9.  **Clothing, laundry, and dry cleaning**                               9.   $                    0.00
10. **Personal care products and services**                              10.  $                  150.00
11. **Medical and dental expenses**                                       11.  $                   50.00
12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.                                          12.  $                  472.00
13. **Entertainment, clubs, recreation, newspapers, magazines, and books** 13.  $                  100.00
14. **Charitable contributions and religious donations**                  14.  $                    0.00
15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a.  Life insurance                                                   15a. $                    0.00
    15b.  Health insurance                                                 15b. $                    0.00
    15c.  Vehicle insurance                                                15c. $                  472.00
    15d.  Other insurance. Specify:                                        15d. $                    0.00
16. **Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20.**
    Specify:   quarterly income                                           16.  $                  400.00
    Specify:   Taxes deducted from IHSS                                         $                  219.03
17. **Installment or lease payments:**
    17a.  Car payments for Vehicle 1                                       17a. $                  635.00
    17b.  Car payments for Vehicle 2                                       17b. $                    0.00
    17c.  Other. Specify:                                                  17c. $                    0.00
    17d.  Other. Specify:                                                  17d. $                    0.00
18. **Your payments of alimony, maintenance, and support that you did not report as
    deducted from your pay on line 5, Schedule I, Your Income** (Official Form 106I). 18.  $         0.00
19. **Other payments you make to support others who do not live with you.**            19.  $         0.00
    Specify:                                                              19.
20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**
    20a.  Mortgages on other property                                     20a. $                    0.00
    20b.  Real estate taxes                                               20b. $                    0.00
    20c.  Property, homeowner's, or renter's insurance                    20c. $                    0.00
    20d.  Maintenance, repair, and upkeep expenses                        20d. $                    0.00
    20e.  Homeowner's association or condominium dues                     20e. $                    0.00
21. **Other:** Specify:   gifts, misc, children expenses                  21.  +$                 200.00
          Pet care                                                             +$                 200.00

22. **Calculate your monthly expenses**
    22a. Add lines 4 through 21.                                                $                7,453.03
    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   $
    22c. Add line 22a and 22b.  The result is your monthly expenses.            $                7,453.03

23. **Calculate your monthly net income.**
    23a. Copy line 12 *(your combined monthly income)* from Schedule I.   23a. $               19,103.37
    23b. Copy your monthly expenses from line 22c above.                  23b. -$               7,453.03

    23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income.*                        23c. $               11,650.34

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a
    modification to the terms of your mortgage?
    ■ No.
    ☐ Yes.      Explain here: